E-FILED; Baltimore City Circuit Court
Docket: 9/17/2024 2:17 PM; Submission: 9/17/2024 2:17 PM
Envelope: 18042552

| | |
|---|---|
| **CARMEN WOODS**<br>**4800 E. 138th Street**<br>**Grandview, Missouri 64030**<br>**Plaintiff**<br><br>**vs.**<br><br>**NATHAN L. KEESEE**<br>**3821 ROSA PARKS BLVD, UNIT #108**<br>**DETROIT, MICHIGAN 48208**<br><br>**BRANDON C. EVANS**<br>**35 Meriam Ct**<br>**Owing Mills, Maryland 21117-1832**<br><br>**and**<br><br>**LYFT, INC.**<br>**2300 Harrison St**<br>**San Francisco, California 94110**<br><br>**SERVE ON:**<br>**THE CORPORATION TRUST INCORPORATED**<br>**REGISTERED AGENT**<br>**2405 York Road, Suite 201**<br>**Timonium, Maryland 21093**<br>**Defendants** | **IN THE**<br><br>**CIRCUIT COURT**<br><br>**FOR**<br><br>**BALTIMORE CITY**<br><br>**Case No.:** |

* * * * * * * * * * * * *

**COMPLAINT**

Carmen Woods, Plaintiff, by Brandon R. Patterson, Esquire of The Law Office of Brandon R. Patterson, LLC, her attorneys, bring suit against the Defendants, Nathan Keesee, Brandon Evans, and Lyft, Inc., and allege:

**COUNT I**
**Negligence**

1. Defendant Lyft, Inc., is a Maryland Corporation located in Baltimore County, Maryland. At all times relevant hereto, Defendant Brandon Evans was an agent, employee,

and/or owner of Lyft, Inc. Defendant Brandon Evans's acts described herein were committed within the scope of his employment, and Defendant Lyft, Inc., is responsible for those acts.

2. Defendant Brandon Evans, as an agent, employee, and/or owner of Lyft, Inc., was permitted by Lyft to drive the company vehicles or his own vehicle for business related activities including transporting passengers such as Plaintiff. Upon information and belief, Defendant Lyft, Inc. made no effort to investigate whether Brandon Evans was a safe, fit, and competent driver.

3. At the date and time of the incident that is the subject of this complaint, Brandon Evans transporting passengers in his 2019 Volkswagon Tiguan for the company Lyft, Inc.

4. On or about October 9, 2022, at approximately 4:29 a.m., Plaintiff Carmen Woods, was riding as a passenger of Defendant Brandon Evans', 2019 Volkswagon Tiguan, who was working as a Lyft, Inc., driver traveling southbound at the intersection of N. Liberty St and W. Baltimore St., a public thoroughfare in Baltimore City, Maryland.

5. It was still nightfall when Defendant Brandon Evans arrived at the Lord Baltimore Hotel to transport Plaintiff Carmen Woods to BWI airport.

6. Plaintiff Carmen Woods was in the vehicle for less than a minute when the collision occurred.

7. On the same date and at the same time, Nathan Keesee ("Kessee"), other driver, was operating a vehicle, traveling on N. Liberty behind Defendant Brandon Evans, when he failed to control his vehicle and collided with rear-ended of the vehicle driven by Defendant Brandon Evans where Plaintiff Carmen Woods was a passenger.

8. As soon as Plaintiff Carmen Woods entered Defendant Brandon Evans' vehicle,

he began driving and did not give Plaintiff Carmen Woods the opportunity to find the seatbelt.

9. It was still nightfall and pitch dark inside Defendant Brandon Evans' vehicle when Plaintiff Carmen Woods entered the vehicle.

10. Defendant Brandon Evans was looking at his phone for GPS information to determine his route to BWI and he drifted into the center lane from the left inside lane just prior to the collision.

11. At all relevant times herein, Defendant Brandon Evans was operating the vehicle as an agent, servant, and/or employee and permitted driver of Lyft Inc., acting within the scope of his agency and/or employment.

12. Defendant Brandon Evans and Defendant Nathan Keesee owed a duty to the Plaintiff Carmen Woods to exercise that degree of care which a reasonable person of ordinary prudence would exercise under similar circumstances making all Defendants, Lyft, as well as Defendant Brandon Evans and Defendant Nathan Keesee jointly and severally liable for Plaintiff Carmen Wood's injuries sustained in the motor vehicle collision as alleged herein.

13. Defendant Brandon Evans and Defendant Nathan Keesee breached their duty of care to the Plaintiff Carmen Woods when they willfully operated their vehicles in a careless manner, was distracted and failed to observe the other drivers reckless maneuvering on N. Liberty, in doing so, caused their vehicles to violently collide with one another causing injury and damage to Plaintiff's body.

14. Defendant Brandon Evans's actions in causing his vehicle to collide with Plaintiff's vehicle were negligent, careless, and reckless in the following respects:

a. driving while distracted;

b. failing to allow his passengers to be properly seated with their safety belts securely fastened;

c. failing to keep his vehicle under proper control;

d. failing to keep a lookout for other vehicles; and

e. Defendant was otherwise negligent, careless, and reckless in respects not presently known to or ascertainable by the Plaintiff at this time but believed to be discovered during the course of this litigation.

10. As a direct and proximate result of Defendant Brandon Evans's and Defendant Nathan Keesee's negligence, with no negligence or want of due care on the part of the Plaintiff, Carmen Woods was caused to suffer severe, painful, and permanent injuries about her head, back, body, and limbs and caused to seek medical care and attention for her injuries. She lost time and income from her employment, suffered shock to her nerves and nervous system, and was otherwise damaged.

WHEREFORE, Plaintiff Carmen Woods requests that this Court grant judgment in her favor against Defendants Brandon Evans and Lyft, Inc., jointly and severally, in the amount of Six-Hundred Thousand Dollars ($600,000.00) as compensatory damages, with interest and costs.

RESPECTFULLY SUBMITTED,

/s/

Brandon R. Patterson, Esquire
CPF #0506140251
The Law Office of Brandon R. Patterson, LLC
233 E. Redwood Street, Suite 1000C
Baltimore, MD 21202
443-627-8115(Office)
410-927-3686(Fax)
bpattlaw@gmail.com
ATTORNEY FOR PLAINTIFF